**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Ricky Lee Gingerich, | ) | No. CV 10-2542-PHX-RCB (MEA) |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Yuma City Police Department, et al., | ) | |
| Defendants. | ) | |

On November 23, 2010, Plaintiff Ricky Lee Gingerich, who is confined in the Yuma County Detention Center in Yuma, Arizona, filed a *pro se* Complaint (Doc. 1). Plaintiff did not pay the $350.00 civil action filing fee or file an Application to Proceed *In Forma Pauperis*.

**I.      Payment of Filing Fee**

When bringing an action, a prisoner must either pay the $350.00 filing fee in a lump sum or, if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally as set forth in 28 U.S.C. § 1915(b)(1). An application to proceed *in forma pauperis* requires an affidavit of indigence and a *certified* copy of the inmate's trust account statement for the six months preceding the filing of the Complaint. 28 U.S.C. § 1915(a)(2). An inmate must submit statements from each institution where he was confined during the six-month period. Id. To assist prisoners in meeting these requirements, the Court requires use of a form application. LRCiv 3.4(a).

JDDL

If a prisoner is granted leave to proceed *in forma pauperis*, the Court will assess an initial partial filing fee of 20% of either the average monthly deposits or the average monthly balance in Plaintiff's account, whichever is greater. 28 U.S.C. § 1915(b)(1). An initial partial filing fee will only be collected when funds exist. 28 U.S.C. § 1915(b)(4). The balance of the fee will be collected in monthly payments of 20% of the preceding month's income credited to an inmate's account, each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2).

Because Plaintiff has not paid the $350.00 civil action filing fee or filed an Application to Proceed *In Forma Pauperis*, Plaintiff will be permitted 30 days from the filing date of this Order to submit a properly executed and certified Application to Proceed *In Forma Pauperis*, using the form included with this Order, or pay the $350.00 filing fee.

**II.    Complaint not on Court-Approved Form**

Local Rule of Civil Procedure 3.4(a) requires in part that "[a]ll complaints and applications to proceed in forma pauperis by incarcerated persons shall be signed and legibly written or typewritten on forms approved by the Court and in accordance with the instructions provided with the forms." Plaintiff's Complaint is not on a court-approved form as required by Local Rule of Civil Procedure 3.4(a). Plaintiff's Complaint will therefore be dismissed without prejudice, with leave to amend, in order for Plaintiff to file an amended complaint on a court-approved form.

Within 30 days, Plaintiff may submit a first amended complaint on a court-approved form. The Clerk of Court will mail Plaintiff a court-approved form to use for filing a first amended complaint. If Plaintiff fails to use the court-approved form, the Court may strike the amended complaint and dismiss this action without further notice to Plaintiff.

Plaintiff must clearly designate on the face of the document that it is the "First Amended Complaint." The first amended complaint must be retyped or rewritten in its entirety on the court-approved form and may not incorporate any part of the original Complaint reference. Plaintiff may include only one claim per count.

1    A first amended complaint supersedes the original Complaint.  <u>Ferdik v. Bonzelet</u>,

2  963 F.2d 1258, 1262 (9th Cir. 1992); <u>Hal Roach Studios v. Richard Feiner & Co.</u>, 896 F.2d

3  1542, 1546 (9th Cir. 1990).  After amendment, the Court will treat the original Complaint as

4  nonexistent.  <u>Ferdik</u>, 963 F.2d at 1262.  Any cause of action that was raised in the original

5  Complaint is waived if it is not raised in a first amended complaint.  <u>King v. Atiyeh</u>, 814 F.2d

6  565, 567 (9th Cir. 1987).

7    Plaintiff should note that, although he names himself and "Does 1 though 50" as

8  Plaintiffs, **he has no authority to bring this action on behalf of others**.  "[C]onstitutional

9  claims are personal and cannot be asserted vicariously."  <u>Johns v. County of San Diego</u>, 114

10  F.3d 874, 876 (9th Cir. 1997).  A party is permitted to plead and conduct his or her case

11  "personally or by counsel."  28 U.S.C. § 1654.  A non-lawyer may appear on his own behalf

12  in his own case but "has no authority to appear as an attorney for others than himself."

13  <u>Johns</u>, 114 F.3d at 876 (quoting <u>C.E. Pope Equity Trust v. United States</u>, 818 F.2d 696, 697

14  (9th Cir. 1987)).  **If Plaintiff files an amended complaint, he must list only himself as the**

15  **Plaintiff**.

16  **III.   Warnings**

17    **A.   Address Changes**

18    Plaintiff must file and serve a notice of a change of address in accordance with Rule

19  83.3(d) of the Local Rules of Civil Procedure.  Plaintiff must not include a motion for other

20  relief with a notice of change of address.  Failure to comply may result in dismissal of this

21  action.

22    **B.   Copies**

23    Plaintiff must submit an additional copy of every filing for use by the Court.  <u>See</u>

24  LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice

25  to Plaintiff.

26    **C.   Possible Dismissal**

27    If Plaintiff fails to timely comply with every provision of this Order, including these

28  warnings, the Court may dismiss this action without further notice.  <u>See</u> <u>Ferdik</u>, 963 F.2d at

1260-61 (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee **or** file a complete Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

(2)    If Plaintiff fails to either pay the $350.00 filing fee or file a complete Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

(3)    Plaintiff's Complaint (Doc. 1) is **dismissed without prejudice** for failure to file on a court-approved form.  Plaintiff has **30 days** from the date this Order is filed to file a first amended complaint in compliance with this Order.

(4)    If Plaintiff fails to file an amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

(5)    The Clerk of Court must mail Plaintiff a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Non-Habeas) **and** a court-approved form for filing a civil rights complaint by a prisoner.

DATED this 30th day of November, 2010.

Robert C. Broomfield
Senior United States District Judge